**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

MILENA FALINSKI

DEBTOR(S),

Case No. 24-10334

Chapter 13

Judge Timothy A. Barnes

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN FILED ON 08/20/2024 AND ENTERED IN AS DOCKET ENTRY #15.

**TO:** Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Milena Falinski, Debtor(s), 301 Tanglewood Dr, Streamwood, 60107-1257
David H Cutler, Attorney for Debtor(s) - 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

Notice is hereby given that Creditor, PNC BANK, NATIONAL ASSOCIATION, ("Creditor"), hereby withdraws its Objection to Confirmation of Plan filed on 08/20/2024, and entered in as Docket entry #15.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's Attorney via electronic notice on August 23, 2024 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the August 23, 2024.

/s/ Peter C. Bastianen
**Attorney for Creditor**

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-24-04712
NOTE: This law firm is a debt collector.